In the Matter of the Arbitration between Louis Abramson and Others, Respondents, and Louis Schwartz and Others, Appellants.— The decision of this court handed down on October 24, 1930, is hereby amended to read as follows: Order directing arbitration affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Scudder and Tompkins, JJ., concur; Lazansky, P. J., concurs except as to that part of the order which directs that there shall be a trial on the question of agreement for arbitration between the petitioners and Bessie Schwartz and Lubess Realty Corporation, as to which he dissents and votes to modify order by striking such provision therefrom.

In the Matter of the Application of Ade Realty Corporation, Respondent, for an Order of Certiorari against William E. Walsh and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants, and Benjamin Finerman and Others, Intervenors.— Order confirming report of official referee sustaining a variance upon the ground of practical difficulties and unnecessary hardship unanimously affirmed, with costs. The peculiar facts of this case present a clear exception to the rule that a variance because of practical difficulties and unnecessary hardship rests in the discretion of the board of standards and appeals. The record of the proceedings before that board and the testimony taken by the referee and his findings justify the order appealed from. Present — Lazansky, P. J., Kapper, Hagerty, Carswell and Scudder, JJ.

In the Matter of the Application of Maddalena De Martini Cuneo, Life Tenant, to Sell Real Property Pursuant to Sections 67–71, Inclusive, Real Property Law. Maddalena De Martini Cuneo, Respondent; Westchester Land Exchange, Inc., Intervenor, Appellant.— Order denying motion for leave to intervene and to amend order dated August 20, 1929, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the Judicial Settlement of the Account of William Findlay and Jeremiah Wood, as Administrators, etc., of John Findlay, Deceased. Alfred Brooks, Appellant; William Findlay and Jeremiah Wood, as Administrators of John Findlay, Deceased, Respondents.— Decree of the Surrogate's Court of Nassau county, in so far as appealed from, unanimously affirmed, with costs to respondents payable out of the estate. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Tompkins, JJ.

In the Matter of Supplementary Proceedings: New York Plumbers Specialties Co., Inc., Respondent, v. William B. Cook, Appellant. In the Matter of Supplementary Proceedings: New York Plumbers Specialties Co., Inc., Respondent, v. Helen G. Cook, Appellant.— Order adjudging judgment debtors in contempt modified by reducing the amount of the fine to $1,010, and as so modified affirmed, without costs. The property that was conveyed belonged to the wife and the loss sustained by the judgment creditor is the amount of the judgment against the wife. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.